UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

THOMAS BALTRUSAITIS, ET AL.,

        Plaintiff,

v.                              CIVIL NO. 20-CV-12793

INTERNATIONAL UNION UNITED
AUTOMOBILE, AEROSPACE &
AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA (UAW),
ET AL.,

        Defendant..
_____/

## ORDER GRANTING MOTION FOR RELIEF FROM
## LOCAL COUNSEL REQUIREMENTS

    This matter has come before the court on Attorney Kenneth D. Myers' "Motion for Relief From Local Rule Counsel Requirements" filed on February 3, 2021. Upon review of the motion and brief, the court will grant the motion. Therefore,

    IT IS ORDERED that the Motion for Relief from Local Counsel Requirements [Dkt # 19] is **GRANTED IN PART.** A partial waiver pursuant to Local Rule 83.20(f)(2) is granted that permits counsel to dispense with the requirement that local counsel attend all court appearances.

                                    S/Robert H. Cleland
                                    ROBERT H. CLELAND
                                    UNITED STATES DISTRICT JUDGE

Dated: February 19, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, February 19, 2021, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522