UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS BALTUSAITIS, et. al.

      Plaintiffs,                      Case No. 3:20-cv-12793-RHC-RSW
                                     Hon. Robert H. Cleland
vs.                                Mag. Judge R. Stephen Whalen

INTERNATIONAL UNION UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURE IMPLEMENT
WORKERS OF AMERICA, et. al.,

      Defendants.

_____

**STIPULATED FURTHER EXTENSION OF TIME FOR FILING RESPONSE TO COMPLAINT
BY DEFENDANT DENNIS WILLIAMS**

      Plaintiffs Thomas Baltusaitis, et. al. ("Plaintiffs") and Defendant Dennis Williams

("Williams") agree to an Order that further extends the time for Williams to answer or otherwise

respond to Plaintiffs' Amended Complaint ("Response") from the current date of May 24, 2021 to

the date that is fourteen (14) days after the Court rules on the pending Motions to Dismiss

(Docket Nos. 37 and 42) ("the Pending Motions"), to the extent that Williams'

jonders/concurrences in the Pending Motions (Docket Nos. 52 and 53) do not constitute

Williams's Response.  The extension is intended to avoid the need for Williams to file additional

pleadings, and therefore expend additional legal and judicial resources, before the Court rules

on the Pending Motions.

      A proposed Order accompanies this Stipulation as Exhibit 1.

Dated: May 21, 2021

By:     /S/ Kenneth Myers

_____
Kenneth D. Myers [0053655- Ohio]
6100 Oak Tree Dr., Suite 200
Cleveland, OH 44131
(216) 241-3900
Email:  Kdmy@aol.com
Attorneys for Plaintiff

By:     /S/ Bryan Marcus

_____
Harold Fried P13711
Bryan Marcus P47125 (Of Counsel)
150 W. 2nd, Suite 150
Royal Oak, MI 48067
(248) 320-1071 - direct
Bmarcus.x@Gmai..com
Attorneys for Defendant Dennis Williams

## CERTIFICATE OF SERVICE

The undersigned states that he served a copy of the present document on counsel of

record by filing it with the Court's electronic filing service system on May 21, 2021.

Dated: May 21, 2021

FRIED SAPERSTEIN SAKWA, PC

/S/ Bryan Marcus

_____
Harold Fried P13711
Bryan Marcus P47125 (Of Counsel)
150 W. 2nd, Suite 150
Royal Oak, MI 48067
(248) 320-1071 - direct
Bmarcus.x@Gmail.com
Attorneys for Defendant Dennis Williams

**EXHIBIT 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS BALTUSAITIS, et. al.

      Plaintiffs,                  Case No. 3:20-cv-12793-RHC-RSW
                                       Hon. Robert H. Cleland
vs.                                 Mag. Judge R. Stephen Whalen

INTERNATIONAL UNION UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURE IMPLEMENT
WORKERS OF AMERICA, et. al.,

      Defendants.

---

**STIPULATED ORDER FOR FURTHER EXTENSION OF TIME FOR FILING RESPONSE TO COMPLAINT BY DEFENDANT DENNIS WILLIAMS**

IT IS SO ORDERED that Defendant Dennis Williams shall be granted an extension of time to answer or otherwise respond to Plaintiff's Amended Complaint by the fourteenth (14th) day after the Court rules on the pending Motions To Dismiss (Docket Nos. 37 and 42).