# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THOMAS BALTRUSAITIS, et al.,

     Plaintiffs,

v.                                  Case No. 20-12793

INTERNATIONAL UNION UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, et al.,

     Defendants.

_____/

## JUDGMENT

In accordance with the court's Opinion and Order dated March 23, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

Defendants UAW *et al*. and against Plaintiffs Thomas Balatrusaitis *et al*. Dated at Port

Huron, Michigan this 23rd day of March, 2022.

KINIKIA ESSIX
CLERK OF THE COURT

BY:  s/Lisa Wagner

Dated:  March 23, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 23, 2022, by electronic and/or ordinary mail.

s/Lisa Wagner_____/
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\20-12793.BALTRUSAITIS.judgment.AAB.docx