IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS BALTRUSAITIS, et al., | ) Case No. 3:20-cv-12793 |
| Plaintiff, | ) |
| | ) JUDGE ROBERT CLELAND |
| -vs- | ) |
| INTERNATIONAL UNION UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, et al., | ) <br> ) <br> ) PLAINTIFFS' NOTICE <br> ) OF APPEAL |
| Defendants. | ) |

Now come the following thirty-eight (38) plaintiffs, by and through undersigned counsel, and hereby serve notice that they are appealing the Court's March 23, 2022 Opinion and Order granting defendants' motion for summary judgment (ECF. #69) and the Court's March 23, 2022 Judgment (Doc. #70), to the United States Court of Appeals for the Sixth Circuit:

Plaintiffs who are appealing:

Tom Baltrusaitis, Guillermo Antunez, Patrick Barth, Richard Broecker, Ryan Budek, Tuyen Chu, Darryl Craig, Satish Doshi, John Fletcher, Emory Gasperek, Jon Hutchinson, Alan

Jarzembowski, Frank Kotsonis, Sandra Lange, Arthur Laurin, Kevin Luczak, Tim Mauro-Vetter, Reginald McIntyre, Carl Oberdorfer, Jerome Peacock, Ejaz Rahman, Charlie Rickman, Mark Rosinski, Greg Ryntz, Michael Savasky, Brian Schiffman, Fred Schnell, Gregory Skonieczny, Lisa Sowinski, Suraj Tandon, Chance Tess, James Virgilio, Brian Warda, Corey Watkins, Danny Woodruff, Haorold Wright, John Zell, James Ziemanski.

Respectfully submitted,

/s/Kenneth D. Myers
KENNETH D. MYERS [Ohio-0053655]
6100 Oak Tree Blvd., Suite 200
Cleveland, OH 44131
(216) 241-3900
(440) 398-8239 Fax
kdmy@aol.com

Counsel for Plaintiffs

CERTIFICATE OF SERVICE

The foregoing has been sent to all counsel of record, via the Court's electronic filing system, on this 19th day of April, 2022.

/s/Kenneth D. Myers
KENNETH D. MYERS

Counsel for Plaintiff