UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Thomas Baltrusaitis, et al.,

               Plaintiff(s),

v.                                             Case No. 3:20−cv−12793−RHC−RSW
                                            Hon. Robert H. Cleland

International Union United
Automobile, Aerospace and
Agricultural Implement Workers
of America, et al.,

               Defendant(s).

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

               United States Court of Appeals for the Sixth Circuit
               Potter Stewart U.S. Courthouse
               100 East Fifth Street, Fifth Floor
               Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on April 19, 2022.


                                                     KINIKIA D. ESSIX, CLERK OF COURT


                                                  By: s/ N Ahmed
                                                       Deputy Clerk


Dated:   April 19, 2022